United States District Court
for the District of Columbia

Plaintiff:
Tony Curtis Barrino
3304 Kenilworth Ave.
Hyattsville, MD 20781
301-277-7878

**FILED**
OCT 30 2009
Clerk, U.S. District and
Bankruptcy Courts

Case: 1:09-cv-02040
Assigned To : Unassigned
Assign. Date : 10/30/2009
Description: Civil Rights-Non-Employ.

**JURY ACTION**

VS

United States of America White House Administration

Defendants  President Barack Obama
1600 Pennsylvania Ave.
Washington, DC

Secretary of State Hillary Clinton
1600 Pennsylvania Ave
Washington, DC

Press Secretary Robert Gibb
1600 Pennsylvania Ave
Washington, DC

**RECEIVED**
OCT - 9 2009
Clerk, U.S. District and
Bankruptcy Courts

*Tony C. Barrino*  1
Tony Curtis Barrino
3304 Kenilworth Ave
Hyattsville MD 20781

US DISTRICT COURT

YOUR HONOR: COMPLAINT

        I AM SUBMITTING THIS CASE FILING ON THE GROUNDS THAT MY LIFE AND WELL BEING IS IMMEDIATE DANGER DUE TO THE THE FACT THAT ALL PARTIES NAMED ARE/HAVE USING THEIR POLITICAL POWER ABUSIVELY AND CONDUCTED A STATE DEPT. LEVEL INVESTIGATION. WHILE KNOWING THE FACT THAT I HAVE DIPLOMATIC IMMUNITY SIGNED TO JUDGE
CLEARENCE THOMAS OF UNITED STATES SUPREME COURT TWO YEARS.
ALSO, UTILIZING HIGH TECHNOLOGY AND THE MEDIA FOR GROSS DEFAMATION OF CHARACTHER OF CLASSIFIED--SECRECT STUDY/STUDY FOR THE PROTECTION OF MY SELF DUE TO THE GRANDUER OF MY INHEIRTANCE. THEY HAVE RENDENDERED OR MADE THIS VERY HOSITILE ENVIROMENT FOR ME FROM THE MEDIA AND SKYNET TACTICS. UNDUE INFUENCE OF SITUATION IN WHICH I I HAVE NOT GIVE CONSENT TO THE HANDLING AND RECKLESS EXPOSURE THEY HAVE RENDERED ASLO AS FOR POLITICAL ASSYLUM DUE TO THE FACT THAT THE
PRESIDENT OF UNITED IS A MINORITY HAS BEEN UNNECCESSARILY ADIMATE ABOUT RENTION BECAUSE HE FEELS THAT IT INTERFERS WITH HIS POLITICAL POPULARITY STANDINGS. THIS HAS BEEN A PERONAL INTENIONAL WITH EXCUETIVE POWER ABUSE WITHOUT REGARD TO PLAINFF- TONY CURTIS BARRINO. I ASK THAT YOU MOVE QUICKLY IN THIS CASE. MOST ALL MEDIA CAN CORRAERATE THIS SHEILD FROM THIS ADMOINISTRATION...CNN WUSA9 NBC4 CHANNEL7 GOVERNOR BEV PURDUE OF NORTH CAROLINA CAN BEAR WITNESS TO LEGITIMACY OF THIS FILING. GIVEN THE DYNAMICS OF THIS CASE I ASK THAT YOU OPEN TO DOCKET DATE VERY QUICKLY FOR RESOLVEMENT TODAY

SINCERELY,

- I Request a trial by jury or hearing or court order.

/s/ T.C.B.
TONY CURTIS BARRINO

THANKS

TRILSEN  *[signature]*

TO: ~~[redacted]~~ U.S. District Court of Columbia

FROM: TRILSEN--div>
TONY CURTIS BARRINO
SAMUEL WASHINGTON

VS.

SUBJECT: FORMAL COMPLAINT/CHARGES TO PRESIDENT OBAMA,
SECRETARY OF STATE HILLARY CLINTON
PRESS SECRETARY ROBERT GIBB
US States of America

I AM THE LEGAL HEIR TO A LARGE AMOUNT HOLDING IN THE US TREASURY DEPT.
AND VEHICLE PURCHASED WITH MY OWN FUND BY THE CENTRAL
INTELLIGENCE MICROCHIP PLACED IN ME AS A
CHILD UNKNOWINGLY FOR MONITORING ONLYSEC HAS DESTROYED ME
THROUGH AS WELL AS OTHERS THROUGH POLITICAL ARENA
HERE WASHINGTON FOR NO REASON. I HAVE CONTACT THE UNITED NATIONS
SUSAN FOR ASSISTANCE AS WELL AS THE CANADIAN CONSULANTE
I THE LAST HEIR TO THE GEOGRE WASHINGTON.THIS ADMINISTRATION
MIRCOCHIP CONJUCTION WITH SATELITE LINKAGE THROUGHT THE WORLD
THEY ARE TRYING TO INFLICT IRREAPARIRABLE DAMAGE THROUGH THE USE
OF MEDIA AND PROVOKING TO UNCOMFORTABLE PYSHOLOGIAL DAMAGE TO
MY CHARACTER AND ATTRACTIVENESS WHILE LISTENING OF MY THOUGHTS

09 2040

**FILED**
OCT 3 0 2009
Clerk, U.S. District and
Bankruptcy Courts



ONLY IN WHICH THEY ARE USING THE LINKAGE AGAISNT ME. I RECEIVE DEGRATORIAL PUERSECTION BECAUSE
THE PRESDENT AND OTHER PEOPLE KNOWN TO HAVE BEEN UNBEARABLE IN THEIR TREATMENT. I AM PUT AT RECKLESSLY RISK AND TO TOTALLY EXPLOITED
BECAUSE THE PRESIDENT AND THE MEMBERS OF HIS CABINET ARE PERSONALLY UNYEILD AND UNCARING. I HAVE DIPLOMATICE IMMUNITY SIGNED INTO EFEFECT BY GEOGRE BUSH.THEY THE OBAMA IS USING THE SITUATION FOR
GAIN TOTAL CONTROL OF THE MONETRIAL GAIN IN WHICH HAVE EXPRESSED COOPERATION TO USE THIS MONEY FOR ECOMONIC STABILIZTION IN THE CORPRATE AMERICA. THE ARE ABUSING THEIR POWER. THEY KNOW THAT I HAVE ALREADY WILLINGNESS AND ABILITY TO USE THIS MONEY IN POPER NONE THREATEN WAY FOR THE GREATER GOOD AND EMPOWERMENT OF THE AMERICAN PEOPLE IN NEED AT THIS TIME. THEY ARE DEPRIEVING ME AS WELL TO RIGHT TO LIFE AND LIBERTY FREEDOM SPEECH. THEY HAVE NO TRAINING IN THIS ARE EXPERTISE OVER CIA. HAVE SHOWN POOR RESPONSIBILITY IN ITS HANDLING WHERE I HAVE BENT OVER BACKWARS TO FLEXIBLE AND COOPERATIVE TRYING TO PROVE I CAN COEHXIST HERE IN KEEPING THE STRUCTURE AND GOVERNING BODY WITHOUT. THIS TOTALLY A DERAILMENT A SOON TO BE FORCED TRADGEY..WHICH HAVE OPEN IN THEIR SPEECH TO THE AMERICA PUBLIC FROM THE PRESIDENTAL CABINET OF UNITED STATES OF AMERICA

I HAVE ALSO 3.5 TRILLION DOLLARS THE MAKE UNAVAILABLE I HAVE DONE NOTHING TO INCUR SUCH SCRTINITY OR COMMITED A CRIME AGAINST THE GOEVERMENT..THEY HAVE ADIMITLY STATED THEY WOULD PREFER AN EARLY DIMISE FORBID THE MEDIA FROM TALKING TO ME. I HAVE BEEN THE RUN AROUND FOR THE SAKE OF A "SNOWBALL" EFFECT". THIS PRESIENT AND ROBERT GIBB HAVE TREATED ME WORSE THAN A TERRORIST.
THEY/HAVE USED C-SPAN AND AND ANYTIME THEY SAY DAMAGING STATE FOR SOME IN THE PUBLIC ACT ON/IN VIOLENCE TOWARDS ME SO THAT THE MONEY WILL STAY THE TREASURY. BECAUSE PERSONAL JEALOUSY AND ENVY OF THE PRESIDENT, HILLARY AND ROBERT GIBB. I WAS INVIITED UP THEN TREAT ED TOTALLY UNHOSPITABL, UNPROFESSIONALLY AND TOTALY DIREGARD BECAUSE OF A MY PREVIOUS PERSONAL HISTORY OF SUBSTANCE IN WHICH HAS NO REALAVANCE TO LEGAL/LEGITAMACY OF CLAIM TO HOLDING..THROUGH STATE DEPARTMENT INVESTIGATION CLINTON HAS DETROYED MY FAMILY..MY CARD
AND CAR ARE HERE. I HAD TO SEEK SAFETY SAFE HAVEN I ACKNOWLEDGE BY APPOINTMENT TO SEE THE PRESIDENT WHICH I CONSISTANTANLY LIED TO BECACUSE THE IS DOING PERONAL PERSONAL DISAGREEMENT WHICH HAS NO ABSOLUTE BEARING I NEED YOU AND YOUR OFFICER TO HELP ME ACCQUIRE THE ISSUE MY HOLDINGS AND CAR TODAY or AS SOON AS POSSIBLE.

POINTS OF REFERENCE WHITE HOUSE CNN NEWS ,KATIE COURIC ,JUDGE CLEARANCE THOMAS OF THE SUPREME COURT, MOST DC NEW STATIONS GEORGE BUSH, DICK CHENEY AND WHITE HOUSE PRESIDENT AND STAFF.

WE NEED THIS SATELITES TURNED OFF IMMEDIATELY UNECSSARY AND DIDAPPOINTED BY THE ACTION THIS WHITE HOUSE STAFF.

ITNENTIONAL SABOTAGE OF THIS WHOLE SITUATION.

I HAVE LARGE LIST OF VIOLATIONS TO SERVICE AS SUPPORT TO THISA CLAIM

PLEASE BE OF HELP IN THIS SITUATION QUICKLY, THANK YOU

SINCERELY,

TONY CURTIS BARRINO -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

I WILL FORWARD THIS COMPLAINT TO THE US DISTRICT COURT JUDGES OFFICE TODAY- COURT ORDER MOVEMENT IF NECESSARY

Sincerely,

3304 Kenilworth Ave
Hyattsville, MD 20781
301-277-7878

Carol Clayton - who knew Hate

CAROL,
I AM DOING EVERYTHING UP HERE I NEED YOUR HELP ASAP. I NEED YOU TO REPRESENT ME I CALL YOU TOMMORROW. I MAKE SURE YOU GET COMPENSATE I REQUESTED A COURT ORDER FROM THE FOLLOWING I INTERVIEW VIEWED TODAY WITH US SECRET SERVICE THIS AFTEWRNOON..I MORE RESULTS BARACK CANT DO THIS ME I UP HERE ON MY ON....PLEASE HELP ME OUT...PLEASE

TRILSEN

--- On **Wed, 10/7/09, Tony Barrino <*trilsen21@yahoo.com*>** wrote:

From: Tony Barrino <trilsen21@yahoo.com>
Subject: Fw: COURT ODDER FOR RELEASE OF PRPERTY
To: Nightly@NBC.com
Date: Wednesday, October 7, 2009, 9:10 PM


--- On **Wed, 10/7/09, Tony Barrino <*trilsen21@yahoo.com*>** wrote:

From: Tony Barrino <trilsen21@yahoo.com>
Subject: Fw: COURT ODDER FOR RELEASE OF PRPERTY
To: dmcginty@wusa9.com
Date: Wednesday, October 7, 2009, 8:48 PM


--- On **Wed, 10/7/09, Tony Barrino <*trilsen21@yahoo.com*>** wrote:

From: Tony Barrino <trilsen21@yahoo.com>
Subject: Fw: COURT ODDER FOR RELEASE OF PRPERTY
To: newswatch@wusa9.com
Date: Wednesday, October 7, 2009, 8:47 PM


--- On **Wed, 10/7/09, Tony Barrino <*trilsen21@yahoo.com*>** wrote:

From: Tony Barrino <trilsen21@yahoo.com>
Subject: Fw: COURT ODDER FOR RELEASE OF PRPERTY
To: daniel_macdonald@dcd.uscourts.gov
Date: Wednesday, October 7, 2009, 8:36 PM


--- On **Wed, 10/7/09, Tony Barrino <*trilsen21@yahoo.com*>** wrote:

From: Tony Barrino <trilsen21@yahoo.com>



Subject: Fw: COURT ODDER FOR RELEASE OF PRPERTY
To: candice_lyons@dcd.uscourts.gov
Date: Wednesday, October 7, 2009, 8:35 PM

--- On **Wed, 10/7/09, Tony Barrino <*trilsen21@yahoo.com*>** wrote:

From: Tony Barrino <trilsen21@yahoo.com>
Subject: COURT ODDER FOR RELEASE OF PRPERTY
To: eliot_turner@dcd.uscourts.gov
Date: Wednesday, October 7, 2009, 8:34 PM

From: Tony Barrino <trilsen21@yahoo.com>
Subject: complaint us secret service-
To: lfoster@wusa9.com
Date: Wednesday, October 7, 2009, 2:25 PM


TO: US DISTRICT COURT JUDGES
LAMBERT
OBERDORFER
KESSLER
HOGAN

FROM: TONY CURTIS BARRINO & ATTORNEY AT LAW
         TRILSEN - TRILLIONAIRE
         SAMUEL WASHINGTON

SUBJECT: US SECRET SERVICE -INTERVIEW

  REQUEST FOR COURT ORDER

  FOR RELEASE OF PROPERTY AND HOLDING FROM THE
  PRESIDENT OF THE UNITED STATES OF AMERICA
  GAG ORDER FOR THE WHITE HOUSE OBAMA
   RECKLES ENDANGERMENT
  CONSPIRACY TO COMMIT MANSLAUGHTER
   ILLEGAL RETENTION AND SEIZURE OF PROPETY


I AM REQUESTING YOU HONOR YOU ASSISTANCE I NEED YOUR HELP
I HAVE SENT LETTER TO THE DIRECTOR OF THE UNITED SECRET SERVICE AND
INTERVIEWED TODAY WITH OFFICER MORSE



AND AGENTS JOSH AND MIKE TODAY AT US SECRET SERVICE
HEADQUARTERS THEY INSTRUCTED ME TO SEEK ASSISTANCE FROM THE WHITE
HOUSE ADIMINISTRATION IS UNYIELDING AND TOTALLY UNFAIR IN THIS TO
THIS CIVILAIN AND HAS BROKEN MANY
ETHICAL ISSUE IN HANLDLING OF THIS SITUATION OF TONY CURTIS
BARRINO...THE ILLEGAL USE OF SATELLITE AND THE TECHNOLOGY ON HIS
PERSON IS AS WEL THROUGH NEED STOP IMMEDIATELY
AND GIVE HIM LEGAL HOLDINGS IN THE CAYMAN ISLAND AND HIS VEHICLE.
ROBERT GIBB AND OBAMA HAVE INENTIONALLY MISLED AND HIM PUT HIM IN
DANGER WE NEED FOR YOUR HONOR PLACE ORDER FRO THE RELEASE OF
HOLDINGS IMMEDIATELY

THANK YOU FOR YOUR ASSISTANCE

SINCERELY,
TONY CURTIS BARRINO


LESLIE FOSTER
WUSA@9
THIS IS WHAT I HAVE TO DO FOR RESULUTS
THIS WHAT IS SENT PRESIENT OBAMA THIS
I AM PREPARED TO GO ALL THE WAY
THEY HARASSED ME SO BAD WHILE IN SALVATION LIED TO ME SAID THAT THEY
GOING TO GIVE MY THINGS ON MONDAY...THEY LAUGHED OVER SKYNET WE
JUST WANTED GET OUT SO YOU COULD GET SHOT DOWN STREET. I COULD EVEN
SLEEP WHILE THE SALVATION ARMY IN HYATTSVILLE I WAS THERE SEVEN TO
BE PATIENT THEY TOTALLY DESTROIYED ME WHILE I WAS IN THERE I COULD
EVEN MY MEALS WITHOUT THEM SAYING HURTFUL ..THINGS TO ME THEY
UNVITED ME UP THEY HAVE DONE NOTHING BUT TREAT LIKE A DOG THIS NOT
THE 1700'S
I GET HIS STOCK MARKET TURN AROUND JUST CAUSE I SPOKE UP...THEY
CONTINUE I WILL DO MY BEST SEEK ASSYLUM IN ANOTHER COUNTRY..THERE IS
NEED TO BE THIS WAY BECAUSE I UNDERSTAND THE PRIDE AND CLASS OF THE
NAME AND JUST HONOR RECOGNOGITIONAND HONESTY I WOULDNT ANYTHING
WRONG TO INTENTIONALLY GROSSLY INJURE ANYONE AT ALL...IT
UNBELEIVEABLE I QUITE CAPAABLE OF A BETTER LIFE THEY DONT POSITIVE



WARM FUZZIES AND NURTURING THEY MAKE IT THERE BUSINESS TO HURT ME EVERYDAY EVERY SINGLE DAY SINCE MARCH...THEN WHEN I FIRE BACK I AM HATEFUL...THEY WONT EVEN GIVE A CHANCE TO COME TO THE CONFERENCE TABLE A WORK THINKS THROUGH BANKING PROCEDURES IN WHICH I KNOW THEY ARE QUITE FEASIBLE....TO ALLEVIATE BLOODSHED AND DELAY I CAN BELIEVE THE IGNORANCE LEVEL OF BARACK HILLARY..THE THINGS THEY SAY SAY TO ME I DONT THEM WELL ENOUGH TO DISTINGUISH THREAT FROM PLAY THEY ARE SLOTHFUL WITH FORMING NORMAL RAPPORT AND CONTACT..I REALIZE THAT REALTATIONS ESPECIALLY BETWEEN ARE SLOW GROWING THEY TOTALLY DISTROYED THE ABILITY FOR FACE VALUE TRUST IN THEM...BECAUSE OF THEIR GROSS EXPLOITATION EVERY DAMN CHANCE THEY GET ...THEY CANT OPERATE ONE THESE YOU VERY FOCUSED AND MULTITASK AT THE SAME...THEY SAID THEY JUS TWANTED TO SEE THEY USE FOR MIND CONTROL WASTING MY DAMN TIME UP HERE...I THROUGH WITH LESLIE..THEY HAVE ARE ABOUT TO RUIN EVERYTHING THAT IS VERY VERY POSSIBLE...I AM NOT PLAYING WITH THEM TODAY