UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 3 0 2009
Clerk, U.S. District and
Bankruptcy Courts

Tony Curtis Barrino, )
)
    Plaintiff, )
)
    v. ) Civil Action No. 09 2040
)
President Barack Obama *et al.*, )
)
    Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 26th day of October 2009,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(e), this action is DISMISSED with prejudice as frivolous. This is a final appealable Order.

                                  /s/
                    United States District Judge